AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of _____

**FILED**
MAR 2 9 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States of America
    Plaintiff (s),
V.
Roberto Romero-Sanchez
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 13CR0742GT

Notice is hereby given that, subject to approval by the court, __Roberto Romero-Sanchez__ substitutes
                (Party (s) Name)

__Kevin R. Riva__, State Bar No. __186921__ as counsel of record in
(Name of New Attorney)

place of __Amrutha N. Jindal__.
    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name: Law Offices of Kevin R. Riva, A Professional Corporation
  Address: 3055 Wilshire Boulevard, Suite 900, Los Angeles, California 90010
  Telephone: (213) 252-0505    Facsimile (213) 252-0500
  E-Mail (Optional): krrlawoffices@yahoo.com

I consent to the above substitution.
Date: 3/28/2013
            (Signature of Party (s))

I consent to being substituted.
Date: 3/29/13
            (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/28/2013
            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 3/27/13
            Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]